IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR: CR 06 106 -01S
)
) In violation of 21 U.S.C. §§ 841(a)(1)
DERRICK ISOM ) & (b)(1)(A), 846, 856 and 18 U.S.C. § 2
and )
KHALID MASON )

INDICTMENT

The Grand Jury charges that:

COUNT I

Beginning on or about a date unknown to the grand jury and continuing until on or about January 16, 2004, in the District of Rhode Island, the defendants, DERRICK ISOM, KHALID MASON and others known and unknown to the grand jury, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute, and to possess with intent to distribute, 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. § 846.

COUNT II

On or about January 16, 2004, in the District of Rhode Island, the defendants, DERRICK ISOM and KHALID MASON, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and 18 U.S.C. § 2.

COUNT III

On or about January 16, 2004, in the District of Rhode Island, the defendant, KHALID MASON, did knowingly manage and control the third floor apartment located at 214 Pavilion Avenue, Providence, Rhode Island, as a lessee and occupant, and knowingly and intentionally make available for use, with and without compensation, the third floor apartment located at 214 Pavilion Avenue, Providence, Rhode Island, for the purpose of unlawfully manufacturing, storing, and distributing cocaine base,

a Schedule II Controlled Substance, in violation of 21 U.S.C. § 856.

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Kenneth P. Madden
Kenneth Madden
First Assistant U.S. Attorney

Dated: October 4, 2006