AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

USA

v.

Khalid Mason

APPEARANCE

CASE NUMBER: CR06-106-02S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Khalid Mason

I certify that I am admitted to practice in this court.

10-6-06
Date

C. Leonard O'Brien
Signature

C. Leonard O'Brien 1886
Print Name Bar Number

101 Dyer St.
Address

Providence RI 02903
City State Zip Code

401-751-5090 751-5096
Phone Number Fax Number

...m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.