UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR06-106-02S

KHALID MASON

**MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS**

Now comes the defendant, Khalid Mason, through counsel and respectfully requests that this Court enlarge the time in which he may file pretrial motions by thirty (30) additional days from November 13 to December 13, 2006 for the reasons stated in the Memorandum in Support of this Motion.

**STATEMENT PURSUANT TO LOCAL RULE 12 (d)**

The thirty (30) day enlargement of time requested would constitute excludable time as defined by 18 U.S.C. § 3161(h).

Furthermore, the defendant's previous request of time to prepare and file pretrial motions after receipt of discovery was granted and the ten (10) day period of November 3 up to and including November 13, 2006, was deemed excludable time. Therefore, the defendant now acknowledges that, if this motion is granted, the entire period running from November 3, 2006 through December 13, 2006 amounting to forty (40) days, would be excludable time.

Finally, the defendant contends that, for the reasons discussed in the memorandum accompanying this motion, the ends of justice served by the requested continuance outweigh the interest of the public and the defendant in a speedy trial.

**NEED FOR ORAL HEARING UNDER LOCAL RULE 12(e)**

The defendant does not request oral argument.

Respectfully submitted,
KHALID MASON
By His Attorney

/s/ C. Leonard O'Brien
C. Leonard O'Brien, Jr. (# 1886)
len@ridefense.com
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2006, I electronically filed the within Motion to Enlarge Time to File Pretrial Motions and Memorandum in Support with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Sandra Beckner
sandra.beckner@usdoj.gov
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

Mary McElroy
mary_mcelroy@fd.org
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ C. Leonard O'Brien
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR06-106-02S

KHALID MASON

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS**

The defendant, Khalid Mason, has asked the court to enlarge the time in which he may file pretrial motions by thirty (30) additional days from November 13 to December 13, 2006.

In support of this motion, he represents that counsel needs additional time to review the government's discovery, to investigate the circumstances surrounding the indictment, and to prepare appropriate motions. Once counsel becomes familiar with the evidence against his client, and if it is appropriate, defense counsel also intends to use the additional time to discuss a possible pretrial resolution of the case with the government's counsel.

Finally, as stated on the face of the motion, the defendant acknowledges that the additional time requested, along with the time period allowed to date for motions preparation, is excludable time. He also believes that the extension is necessary to his counsel's effective preparation and, therefore, is in the interest of justice.

Respectfully submitted,
KHALID MASON
By His Attorney

/s/ C. Leonard O'Brien
C. Leonard O'Brien, Jr. (# 1886)
len@ridefense.com
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903

(401) 751-5090

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2006, I electronically filed the within Memorandum in Support of Defendant's Motion to Enlarge Time to File Pretrial Motions with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Sandra Beckner
sandra.beckner@usdoj.gov
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

Mary McElroy
mary_mcelroy@fd.org
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ C. Leonard O'Brien
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien