**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-106-02S** |
| | : | |
| **KHALID MASON** | : | |

**MOTION FOR LEAVE TO ENTER APPEARANCE AS SUCCESSOR COUNSEL**

Now comes Attorney Robert J. Caron, Esq. and hereby moves this Honorable Court for leave to enter his appearance as successor counsel for the Defendant in the above-referenced matter.

Respectfully submitted,
Khalid Mason,

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480

**CERTIFICATION**

I hereby certify that this document has been filed electronically on November 14th, 2006, and is available for viewing and downloading form the ECF system.