UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR06-106-02S

KHALID MASON

**MOTION TO WITHDRAW**

Now comes C. Leonard O'Brien, counsel for Khalid Mason, and respectfully moves to withdraw from the above-entitled case.

A memorandum describing the reasons why counsel's withdrawal is necessary is attached.

**STATEMENT PURSUANT TO LOCAL RULE 12 (d)**

Successor counsel has entered for the defendant. Consequently, requesting counsel is not aware of any period of delay caused by his withdrawal that constitute excludable time as defined by 18 U.S.C. § 3161(h).

**NEED FOR ORAL HEARING UNDER LOCAL RULE 12(e)**

The defendant does not request oral argument.

Respectfully submitted,
KHALID MASON
By His Attorney

/s/ C. Leonard O'Brien
C. Leonard O'Brien, Jr. (# 1886)
len@ridefense.com
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2006, I electronically filed the within Motion to Withdraw with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Sandra Beckner
sandra.beckner@usdoj.gov
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

Mary McElroy
mary_mcelroy@fd.org
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Robert J. Caron
RCaron@caronolenlaw.necoxmail.com
55 Bradford St., Suite 203
Providence, RI 02903

/s/ C. Leonard O'Brien
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR06-106-02S

KHALID MASON

**MEMORANDUM IN SUPPORT OF COUNSEL'S MOTION TO WITHDRAW**

Counsel has moved to withdraw from representation of Khalid Mason. In support of this request, Counsel states that Mr. Mason has told counsel that he has engaged another attorney to represent him at trial and has asked counsel to resign. Counsel has spoken with replacement counsel, Robert Caron, and confirmed that attorney's involvement.

Mr. Caron entered his appearance for Mr. Mason on November 14, 2006.

Mr. Mason has been notified of this Motion to Withdraw in writing and has acknowledged receipt of such notice.

Under the circumstances, counsel believes that his withdrawal is appropriate and respectfully requests that he be allowed to do so. Counsel also believes that a hearing on this matter is not necessary.

Respectfully submitted,
KHALID MASON
By His Attorney

/s/ C. Leonard O'Brien

C. Leonard O'Brien, Jr. (# 1886)
len@ridefense.com
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2006, I electronically filed the within Memorandum in Support of Counsel's Motion to Withdraw with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

Sandra Beckner
sandra.beckner@usdoj.gov
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

Mary McElroy
mary_mcelroy@fd.org
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Robert J. Caron
RCaron@caronolenlaw.necoxmail.com
55 Bradford St., Suite 203
Providence, RI 02903

/s/ C. Leonard O'Brien
C. LEONARD O'BRIEN (#1886)
MacFadyen, Gescheidt & O'Brien