**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-106-02S** |
| | : | |
| **KHALID MASON** | : | |

---

## ASSENTED TO MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS

Now comes the defendant, Khalid Mason, through counsel and respectfully requests that this Court enlarge the time in which he may file pretrial motions by thirty (30) additional days from December 13, 2006 to January 13, 2006 for the reasons stated in the Memorandum in Support of this Motion.

## STATEMENT PURSUANT TO LOCAL RULE 12 (d)

The thirty (30) day enlargement of time requested would constitute excludable time as defined by 18 U.S.C. § 3161 (h).

The defendant's previous request for additional time was deemed excludable time up to and including December 13,2 006. The defendant hereby acknowledges that if this motion is granted, the entire period running from November 3, 2006 through January 13,2 006, amounting to seventy one (71) days from November 3, 2006, would be excludable time.

Moreover, as discussed in the defendant's memorandum accompanying this motion, the ends of justice served by the requested continuance outreach the interest of the public and the defendant in a speedy trial. Finally, counsel has obtained the government's assent to this motion.

**NEED FOR ORAL HEARING UNDER LOCAL RULE 12(c)**

The defendant does not request oral argument.

Respectfully submitted,
Khalid Mason,

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.co
m

**CERTIFICATION**

I hereby certify that this document has been filed electronically on 12th day of December, 2006, and is available for viewing and downloading form the ECF system.