**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-106-02S** |
| | : | |
| **KHALID MASON** | : | |

---

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS AND TO CONTINUE EMPANELMENT**

The defendant, Khalid Mason, has asked the court to enlarge the time in which he may file pretrial motions by thirty (30) additional days from December 13, 2006 to January 13, 2007.

In support of this Motion Mr. Mason avers that successor counsel needs additional time to review the case and prepare pretrial motions and to conduct further investigation.

Successor counsel entered his appearance for Mr. Mason on November 14, 2006. During this time, counsel has been diligent in meeting with Mr. Mason and has been engaged in efforts to negotiate a possible resolution of the case with the government's attorney.

Moreover, counsel is a sole practitioner with a heavy caseload. Additionally, counsel for Mr. Mason is scheduled to empanel a jury before the Honorable Lisi, J. in Baillargeron v. City of Newport, *etal,* 06-172ML, on January 4, 2007.

Finally, as stated in Mr. Mason's motion to enlarge time to File pretrial motions, Mr. Mason acknowledges that the additional time requested, along with the time period allowed to date for motion preparation, is excludable time. He also believes that the

extension is necessary to his counsel's effective preparation and, therefore, in the interest of justice.

Respectfully submitted,
Khalid Mason,

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.co
m

**CERTIFICATION**

I hereby certify that this document has been filed electronically on 12th day of December, 2006, and is available for viewing and downloading form the ECF system.