**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-106-02S** |
| | : | |
| **KHALID MASON** | : | |

---

## ASSENTED TO MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Khalid Mason, by and through his counsel, and moves this Honorable Court to continue this matter currently considered ready for trial on or after January 4, 2007. This Motion is filed in conjunction with a Motion for Enlargement of Time to file pretrial motions. In addition, in both motions the accused moves this Court for the exclusion of a total period of seventy one (71) days under the Speedy Trial Act.

Moreover, counsel for Mr. Mason is new to the case, having entered his appearance on November 14, 2006. Additionally, counsel for Mr. Mason is scheduled to empanel before the Honorable Lisi, J. in Baillargeron v. City of Newport, *etal,* 06-172ML, on January 4, 2007.

The Government and public will not be prejudiced by the delay , but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161 (h)(8). Finally, counsel has obtained the government's assent to this motion.

Respectfully submitted,
Khalid Mason,

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.co
m

**CERTIFICATION**

I hereby certify that this document has been filed electronically on 12th day of December, 2006, and is available for viewing and downloading form the ECF system.