**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-106-02S** |
| | : | |
| **KHALID MASON** | : | |

## MOTION TO WITHDRAW

Now comes Attorney Robert J. Caron, and hereby moves this Honorable Court for leave to withdraw as counsel for the Defendant in the above-referenced matter and for reason states:

Mr. Mason has unequivocally informed Mr. Caron that he no longer wishes to have him serve as his attorney. That under the circumstances it would be impossible to be effective in the representation of Mr. Mason.

**WHEREFORE,** counsel prays that this Honorable Court grant his Motion to Withdraw and allow additional time for Mr. Mason to either obtain private counsel or be appointed counsel pursuant to the Criminal Justice Act.

Respectfully submitted,
Khalid Mason,

/S/ Robert J. Caron

Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480

**CERTIFICATION**

I hereby certify that this document has been filed electronically on December 28th, 2006, and is available for viewing and downloading from the ECF system.

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480