**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-106-02S** |
| | : | |
| **KHALID MASON** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF COUNSEL'S MOTION TO WITHDRAW**

On December 27, 2006, Mr. Mason discharged counsel.

According to Rule 1.17 of the Rhode Island Disciplinary Rules of Professional Conduct, an attorney is required to withdraw if discharged by his client.

Counsel does not believe that Mr. Mason has made the decision to discharge counsel for purposes of delay. Any additional time that this Court may deem just to allow Mr. Mason to obtain new counsel would be deemed excludable time under 18 U.S.C. § 3161 (h).

Given the fact that representation of counsel in a criminal matter is of the highest order, counsel respectfully requests that his Motion to withdraw be granted and that Mr. Mason be given additional time to seek representation and/or be appointed counsel pursuant to the Criminal Justice Act.

Respectfully submitted,
Khalid Mason,

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600

Fax (401) 274-2480

**CERTIFICATION**

I hereby certify that this document has been filed electronically on December 28th, 2006, and is available for viewing and downloading from the ECF system.

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480