AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 06 106-01S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for KHALID MASON

1/31/07
Date

Joseph DeCaporale
Signature

JOSEPH DeCAPORALE
Print Name

400 RESERVOIR Ave
Address

PROV. RI. 02907
City State Zip Code

228-8960
Phone Number