IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-106-02S |
| | ) | |
| KHALID MASON | ) | |

GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, moves the Court to continue the trial in the above-captioned case to the March calendar call.

Pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), a continuance is warranted if the "the failure to grant such a continuance in a case . . . would deny the defendant reasonable time to obtain counsel. . . [and] would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

At present, the defendant does not have counsel. During the pendency of this proceeding, the defendant became eligible for appointed counsel; however, counsel initially appointed recently discovered that he had a conflict with this case. Once defendant receives new counsel that individual will need time to prepare. Similarly, the Government will need time to prepare once the undersigned is informed that the defendant requests a trial. For

all of the foregoing, the Government believes that "the ends of justice served by [a continuance] outweigh the best interest of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

On January 31, 2007, I caused the within "Government's Motion to Continue" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Robert B. Mann, Esquire
Attorney at Law
One Turks Head Building
Suite 610
Providence, RI 02903

Notification by first class mail, postage prepaid:

Joseph DeCaporale, Esquire
400 Reservoir Avenue, Suite LL-G
Providence, RI 02907

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj