IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-106-02S |
| | ) | |
| KHALID MASON | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO EXTEND THE TRANSCRIPT DEADLINE

The United States of America respectfully requests that the Court extend the pretrial scheduling order deadline pertaining to transcripts of recorded conversations from February 20, 2007 to February 26, 2007. The extension is needed because the defense asked that the government keep the plea agreement open until February 16, 2007 and the government agreed so long as the defense would not object to the government asking the Court for additional time in which to produce the transcripts of the defendant's post-arrest interview. If defendant notifies the government on February 16, 2007 that the defendant will be going to trial, then the government will begin transcribing the post-arrest interview with the defendant. Due to the length of this interview, it will take the government 10 days to complete the transcription. Accordingly, the government respectfully requests

that the Court grant the government's unopposed motion to extend the transcript deadline to February 26, 2007.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on February 12, 2007, a copy of the within “Government’s Unopposed Motion to Extend the Transcript Deadline” was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Joseph DeCaporale
The Calart Tower
400 Reservoir Avenue
Providence, Rhode Island 02907

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj