IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 06-106-02S |
| | : | |
| KHALID MASON | : | |

GOVERNMENT'S NOTICE PURSUANT TO FED.R.EVID. 404(b)

To the extent the following evidence is not intrinsic to the offenses charged, the government hereby gives notice of its intent to introduce the following evidence in the trial of United States v. Khalid Mason:

On or about March 12, 1999, Khalid Mason, was convicted in Providence (Rhode Island) Superior Court (case number P2/98-3726A) of manufacture and delivery of a controlled substance.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2007, a copy of the within "Government's Notice Pursuant to Fed.R.Evid. 404(b)" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Joseph L. DeCaporale
Attorney at Law
The Calart Tower
400 Reservoir Avenue
Providence, RI 02907

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj