IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Cr. No. 06-106-02S |
| KHALID MASON | : | |

DEFENDANT'S MOTION TO CONTINUE

The defendant by and through his attorney, Joseph L. DeCaporale, moves the Court to continue the trial in the above-captioned case to the April calendar call.

Pursuant to 18 U.S.C. §3161 (h) (8) (B) (iv), a continuance is granted if "the failure to grant such a continuance in a case…could deny the defendant reasonable time to obtain counsel...[and] would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

Counsel for the defendant is the third in a series of attorneys who have represented this defendant. Counsel was appointed January 31, 2007 by United States Magistrate Lincoln Almond to represent this defendant. Therefore, present counsel has been involved in the case for less than one month.

In consultation with the defendant as well as with his family, it has come to the attention of counsel that additional investigation and preparation time is required in order to effectively represent the defendant in this matter. Currently the matter is scheduled to commence on March 2, 2007.

The Government has acknowledged in its motion for continuance, which was unopposed by defendant and filed on January 31, 2007, that new counsel would require adequate time for preparation.

Therefore, based on all of the foregoing facts, the defendant believes that the "ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial."

Defendant
By his attorney,

Joseph L. DeCaporale

Joseph L. DeCaporale
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 fax

CERTIFICATION

I hereby certify that I mailed by regular United States mail, postage prepaid, a true copy of the within document to counsel of record as indicated below on the 20 day of February, 2007.

Katt Mauric

Sandra R. Beckner, Esq.
Assistant US Attorney
US Attorney Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903