Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Joseph DeCaporale, Esq.
RE: CR06-106-02S

United States of America v Khalid Mason

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on **2/21/07**, and have made the following determination:

✓ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

1. * Pleadings, motions, other papers are not signed in accordance with Administrative Procedure 9(c) (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

2. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

3. New cases must be accompanied by:
   a) Civil Cover Sheet (DRI LR Cv 5 (b));
   b) Summons (Fed. R. Civ. P. 4(a), (b));
   c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

4. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

5. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

6. All Checks must be made payable to **Clerk, U.S. District Court**.

7. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

8. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

9. Any pleading or other document asserting a claim or counterclaim of any type shall include the full caption showing the names of all parties. (DRI LR Cv 5(a)(1)).

✓ 10. * Attorneys must register as a filing user within 20 days from filing their first document conventionally in accordance with Administrative Procedure 2(d). Attorneys must request in writing an exemption from filing electronically in accordance with Administrative Procedure 2(c).

ENTER:

[signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 2/22/07

* Counsel must follow the requirements for electronic filing. Training and assistance is available from the Clerk's office.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

UNITED STATES OF AMERICA :
vs. : Cr. No. 06-106-02S
KHALID MASON :

DEFENDANT'S MOTION TO CONTINUE

The defendant by and through his attorney, Joseph L. DeCaporale, moves the Court to continue the trial in the above-captioned case to the April calendar call.

Pursuant to 18 U.S.C. §3161 (h) (8) (B) (iv), a continuance is granted if "the failure to grant such a continuance in a case…could deny the defendant reasonable time to obtain counsel...[and] would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

Counsel for the defendant is the third in a series of attorneys who have represented this defendant. Counsel was appointed January 31, 2007 by United States Magistrate Lincoln Almond to represent this defendant. Therefore, present counsel has been involved in the case for less than one month.

In consultation with the defendant as well as with his family, it has come to the attention of counsel that additional investigation and preparation time is required in order to effectively represent the defendant in this matter. Currently the matter is scheduled to commence on March 2, 2007.

The Government has acknowledged in its motion for continuance, which was unopposed by defendant and filed on January 31, 2007, that new counsel would require adequate time for preparation.

Therefore, based on all of the foregoing facts, the defendant believes that the "ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial."

Defendant
By his attorney,

Joseph L. DeCaporale
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 fax

CERTIFICATION

I hereby certify that I mailed by regular United States mail, postage prepaid, a true copy of the within document to counsel of record as indicated below on the 20 day of February, 2007.

Sandra R. Beckner, Esq.
Assistant US Attorney
US Attorney Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903