IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : Cr. No. 06-106-02S
:
KHALID MASON :
:
______________________________:

DEFENDANT'S MOTION TO WITHDRAW

Joseph L. DeCaporale, moves to withdraw as counsel for the defendant in the above-captioned matter.

After fully examining the discovery and consulting with the defendant it appears that Joseph L. DeCaporale would have a serious conflict should he continue to represent the defendant.

Therefore, based on all of the foregoing facts, the defendant believes that the "ends of justice served by a continuance so that other counsel may be appointed outweigh the best interest of the public and the defendant in a speedy trial."

Defendant
By his attorney,

/s/ Joseph L. DeCaporale
Joseph L. DeCaporale
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 fax

CERTIFICATION

I hereby certify that on March 13, 2007, a copy of the within document was filed electronically and is available for viewing and downloading from the ECF system. I also certify that I caused a copy of the document to be sent electronically to those listed below.

/s/ Joseph L. DeCaporale
Joseph L. DeCaporale
400 Reservoir Avenue, Suite G
Providence, RI 02907
(401) 228-8960
(401) 228-8961 fax

Sandra R. Beckner, Esq.
sandra.beckner@usdoj