UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**ASSENTED TO MOTION TO CONTINUE TRIAL**

NOW COMES Defendant Khalid Mason ("Mason") and hereby moves to continue the trial in this matter, presently scheduled for April 3, 2007, to the May 2007 Trial Calendar. Assistant United States Attorney Sandra R. Beckner assents to continuing the trial of this matter to the May 2007 Trial Calendar.

In support of this Motion, Mason states that he was just recently assigned new counsel and has not had adequate time to meet with his new counsel to discuss the charges presently against him. New counsel has been involved in the case for less than one week. Investigation and preparation time are required in order to effectively represent the defendant in this matter.

Pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv), a continuance is granted if "the failure to grant such a continuance in a case … could deny the defendant reasonable time to obtain counsel … [and] would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC §3161 (h)(8). The Government and public will not be prejudiced by the delay, but will be benefited by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, Defendant Khalid Mason respectfully requests that this Court continue the trial in this matter, which is presently scheduled for April 3, 2007, to the May Trial Calendar.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: March 19, 2007

**CERTIFICATION**

I hereby certify that on March 19, 2007, a copy of the foregoing Assented to Motion to Continue Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalaqua