UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**ASSENTED TO MOTION TO CONTINUE TRIAL**

NOW COMES Defendant Khalid Mason and hereby moves to continue the trial in this matter, presently scheduled for May 1, 2007, to late June 2007. Assistant United States Attorney Sandra R. Beckner assents to continuing the trial of this matter to the June 2007 Trial Calendar.

In support of this Motion, the Defendant states that the facts surrounding the charges in the Indictment are complicated and that his counsel, who were engaged only one month ago, need time to conduct a substantial amount of additional discovery prior to trial. The Defendant will also be filing a Motion to Suppress all evidence seized at the search of 214 Pavilion Avenue in Providence, Rhode Island, on January 16, 2004. Therefore, the Defendant anticipates a lengthy evidentiary hearing regarding these suppression issues. Assuming a resolution of the issues surrounding Defendant's Motion to Suppress by early June 2007, counsel for the Defendant believes the earliest they would be able to try this case is late June, if not early July 2007. Additional investigation and preparation time are required in order for counsel to effectively represent the Defendant in this matter.

In further support of this Motion, Attorney Connolly states that he has a lengthy trial set for mid-May before the Honorable Judge Paul J. Barbadoro in the United States District Court for the District of New Hampshire. This trial is expected to last for two weeks.

Pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv), a continuance is granted if "the failure to grant such a continuance in a case … could deny the defendant reasonable time to obtain counsel … [and] would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC §3161 (h)(8). The Government and public will not be prejudiced by the delay, but will be benefited by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial. Defendant Mason has agreed to waive his rights under the Speedy Trial Act and to continue the trial to late June 2007.

WHEREFORE, Defendant Khalid Mason respectfully requests that this Court continue the trial in this matter, which is presently scheduled for May 1, 2007, to June 2007.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: April 16, 2007

**CERTIFICATION**

I hereby certify that on April 16, 2007, a copy of the foregoing Assented to Motion to Continue Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalaqua