UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**DEFENDANT KHALID MASON'S**
**MOTION TO ENLARGE TIME TO FILE ALL PRE-TRIAL MOTIONS, PRE-TRIAL MEMORANDA, PROPOSED JURY INSTRUCTIONS, ESTIMATE OF TRIAL LENGTH, RECORDED CONVERSATIONS, EXHIBIT LISTS, AND VOIR DIRE QUESTIONS**

Now comes the Defendant, Khalid Mason, and respectfully requests that this Court enlarge all deadlines specified in the Pre-Trial Scheduling Order for this case, dated April 27, 2007, to a date that is, at the least, two weeks after the evidentiary hearing on Defendant's Motion to Suppress.

In support of this Motion, the Defendant states that the facts surrounding the charges in the Indictment are complicated, as evidenced by Defendant's Motion to Suppress and Memorandum in Support thereof, and that his counsel will need at least an additional two weeks, after the conclusion of the requested evidentiary hearing, to prepare any pretrial motions, pre-trial memoranda, proposed jury instructions, a precise estimate of trial length, and to make decisions with respect to recorded conversations, exhibit lists, and voir dire questions. The requested enlargement of time is required in order for counsel to effectively represent the Defendant in this matter.

Pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv), a continuance is granted if "the failure to grant such a continuance in a case … could deny the defendant reasonable time to obtain counsel …

[and] would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC §3161 (h)(8). The Government and public will not be prejudiced by the delay, but will be benefited by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, Defendant Khalid Mason respectfully requests that this Court enlarge all deadlines specified in the Pre-Trial Scheduling Order to a date that is, at the least, two weeks after the evidentiary hearing on Defendant's Motion to Suppress.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: May 21, 2007

**CERTIFICATION**

I hereby certify that on May 21, 2007, a copy of the foregoing Motion to Enlarge Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalaqua