351-7376

# United States District Court

DISTRICT OF 1:06-CR-00106-S-LDA-2

UNITED STATES V. KHALID MASON

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR 06-02-106-02S

TO: Keeper of the Records
Providence Police Department
325 Washington Street
Providence, Rhode Island 02903

2007 MAY 28

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| --- | --- |
| United States District Court, Federal Building and Courthouse<br>One Exchange Terrace<br>Providence, RI 02903 | #2 - Judge William E. Smith |
| | DATE AND TIME<br>May 31, 2007, 9:30 AM |

☒ YOU ARE [redacted] COMMANDED to bring with you the following document(s) or object(s):

See attached Schedule A

A true copy Attest
5/09/07

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| --- | --- |
| (BY) DEPUTY CLERK | 5/29/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kristie M. Passalacqua, Bar No. 6945, Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903, (401) 274-2000, (401) 277-9600

Michael J. Connolly (MA BBO # 638811), Pro Hac Vice Counsel, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, MA 02109, (617) 345-9000, (617) 345-9020

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |

| | |
|---|---|
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES ☐ NO AMOUNT $ ______ |
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ______________ ______________________________
*Date* *Signature of Server*

______________________________
*Address of Server*

ADDITIONAL INFORMATION

**SCHEDULE A**

1. With respect to Sergeant Scott Partridge: Any and all documents, records, memoranda, phone messages, electronic messages, receipts, invoices, tickets, or phone records that refer or relate in any way to:

   (a) the purchase, acquisition, or receipt of a ticket or tickets to the 2004 Super Bowl, or any other Super Bowl;
   (b) travel to and from the 2004 Super Bowl, or any other Super Bowl;
   (c) lodging related to the 2004 Super Bowl, or any other Super Bowl;
   (d) meal expenses related to the 2004 Super Bowl, or any other Super Bowl; and
   (e) the individuals who traveled with or in any way accompanied Scott Partridge to the 2004 Super Bowl, or any other Super Bowl.

2. Any and all documents regarding payments of money, or anything of value, from anyone associated with John Cicilline or the law offices of John M. Cicilline to Sergeant Scott Partridge or any other member of the Providence Police Department.

3. A complete copy of Sergeant Scott Partridge's personnel file with the Providence Police Department, including but not limited any disciplinary files or records kept or maintained by the Providence Police Department.