IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

## AFFIDAVIT OF RASHAAD DAILEY

I, Rashaad Dailey, affirm and declare as follows:

1. I have personal knowledge of the facts set forth in this affidavit and could competently testify thereto if called as a witness. I submit this affidavit in support of the Defendant Khalid Mason's Motion to Suppress.

2. Defendant Khalid Mason is my friend.

3. Several years ago, I learned from a friend of mine that Lisa Torres, "for the right price", could get a 15 to 22 year sentence down to 6 years.

4. Therefore, when I got into trouble, I hired Attorney John Cicilline, who worked with Lisa Torres, to represent me in connection with the criminal charges against me. I would pay John Cicilline the legal fees for my case. Then, I would pay Lisa Torres the additional money to take care of things. I always paid in cash.

5. I also hired John Cicilline and Lisa Torres to help out another friend of mine.

6. I paid John Cicilline and Lisa Torres $15,000.00 cash to help me and another $15,000.00 cash to help my friend. For my case, I paid John Cicilline $5,000.00 and Lisa Torres the additional $10,000.00. For my friend, I paid Lisa Torres the entire $15,000.00. For my money, I was not supposed to see jail, period.

7. When I asked Lisa how they would make the charges go away, she told me that "that was what John was for – he takes care of that." I also recall Lisa telling me that the money I paid would be spread around and that cops would get some of it. I also remember her telling me that cops would get money not to show up at court hearings against defendants. I tried to find out from Lisa exactly how it worked, so I would have assurances about where my money was going because it was a lot of money that I paid them.

8. I learned from Lisa that individuals, including cops, were getting pay-offs from John Cicilline and Lisa Torres in order to make sure their clients got out or time reduced. I always wanted to know more about how this worked, but I never believed that they would tell me.

9. With my situation, once I hired John Cicilline I noticed that I kept getting pulled over by the same cops. I felt that I was targeted more. However, I kept getting out on bail for these violations.

10. However, I ended up having to do time for the charge I had paid John Cicilline and Lisa Torres $15,000.00 to take care of for me. Within the last few weeks, I confronted Cicilline and asked him about the $15,000.00. He told me he had nothing to do with it and that I needed to talk to Lisa Torres.

11. It was my experience that John Cicilline and Lisa Torres would work as a team. However, when I complained about the money, Cicilline told me to take that up with Lisa even though he knows they owe it to me.

12. Back in 2004, somehow John Cicilline and Lisa Torres knew that Khalid Mason was in trouble almost immediately and Lisa contacted me. She told me that she could help him. She told me I should have him contact her so it could all be taken care of.

13. Shortly after, I was in Superior Court in Providence with Lisa on my charges. After court, I contacted Khalid or his father, Paul Price, and had them speak with Lisa.

14. I believe that shortly after this conversation, they met.

I declare under penalty of perjury under the laws of the State of Rhode Island that the foregoing is true and correct and that this affidavit is executed at Providence, Rhode Island on June 1, 2007.

Rashaad Dailey

Rashaad Dailey

Subscribed and sworn to before me this 1 day of June, 2007.

Kandy M. Marchand

Notary Public

My Commission Expires 03/22/2010