I Derek W. Isom was represented by John M. Ciccilline in Feb, of 04 on my current Providence R.I. Court & U.S District case im incarcerated for. Through Mr. Ciccilline's paralegal a deal was made to pay Scott Partridge a sum of $100,000 a piece to make my case disappear. Lisa Torres was the paralegal at that present time when the $25,000 retainer was paid to bring John M. Ciccilline in on my case. I met with John M. Ciccilline at the A.C.I after the retainer was paid. He explained to me that he would be seeking bail in my case & after some time my case would be disposed of indefinitely. Upon receiving bail I was to give John an additional $75,000 for their services. John explained that he would be going to the 04' Superbowl with Lisa & Det. Scott Partridge to discuss the terms. After the game no arrangements were met for bail. They insisted on having $150,000 retainer before any bail was set on either case mine or Mr. Mason's. I then filed with the Superior Court Disciplinary Counsel via David Curtin to seek my retainer without accomplishing my task. I fired John & hired Mr. Delibero & Assoc. I never received any money back or anything for my money. My contact with Lisa Torres & Mr.Ciccilline went through Paul Price Jr., and his son Khalid Mason

Derek W. Isom
#05794-070

MIKE → 641-2821 U.S. MARSHALL.

JIM → 499-5999 A.T.F.

MONICA CARDOSO — 641-6734.

To whom it may concern

I am writing this letter to inform any law officers whether prosecutorial or defense to visit me at my place of incarceration. On the arrangement set forth as follows I will make myself available at his earliest convience.

1) I will be represented by neutral & detached counsel.
2) I will be immune from prosecution in the present case.
3) I will only answer questions pertaining to the Cicilline scandal
4) I will allow my ~~[illegible]~~ information be presented as evidence in the extortion bribery & misconduct of John Cicilline &/or his co-conspirators in this case.

This may include but not be limited to my co-defendant Khalid Masons' atty or the Government attorney.

05744-070

Derek W. Isom

Derek W. Isom 2/5/07