**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR No. 2006-106-02S** |
| | : | |
| **KHALID MASON** | : | **June 04, 2007** |

## MOTION TO CONTINUE

Now comes John F. Cicilline in the above entitled cause and moves for a continuance of the hearing on the defendant's Mason's motion to subpoena John M. Cicilline.

Respectfully submitted,
John M. Cicilline,
By his Attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on June 04, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR No. 2006-106-02S** |
| | : | |
| **KHALID MASON** | : | **June 04, 2007** |

**MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE**

Counsel for John M. Cicilline is empanelling a Jury in the Superior Court for Providence County at 9:30 a.m., with trial to begin immediately after the empanelment is concluded.

Counsel's understanding is that the United States District Court for the District of Rhode Island and the Superior Court of the state of Rhode Island have entered into an agreement whereby each entity is to defer to the other when trial has begun.

Because of the nature of the accusation that is being made in the filed papers and because John M. Cicilline is a defendant in a Massachusetts case, he does not wish to appear without the assistance of counsel.

Counsel does not wish to inconvenience the court or delay its calendar but the interests of justice require that this matter be continued until such time as counsel is available.

Respectfully submitted,
John M. Cicilline,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on June 04, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*