UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**DEFENDANT KHALID MASON'S EX PARTE APPLICATION TO ISSUE SUBPOENAS**

The Defendant, Khalid Mason, hereby requests that this Court grant him permission to serve subpoenas on the following individuals requiring their presence at the scheduled evidentiary hearing on June 11, 2007:

1. Sergeant Scott Partridge;
2. John M. Cicilline;
3. Paul Price, Jr.;
4. Rashaad Dailey; and
5. Lisa Torres.

The Defendant states that he is unable to pay the witnesses' fees and that the testimony of the above witnesses at the June 11, 2007, evidentiary hearing is necessary for an adequate defense. The Defendant requests this ex parte application to issue subpoenas pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure.

WHEREFORE, Defendant Khalid Mason respectfully requests that this Court:

(1) Grant him permission to issue subpoenas to the individuals listed above, commanding their appearance at the evidentiary hearing scheduled for Monday, June 11, 2007; and

(2) Order that the process costs and witness fees be paid in the same manner as those paid for witnesses the Government subpoenas.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: June 6, 2007

**CERTIFICATION**

I hereby certify that on June 6, 2007, a copy of the foregoing Motion to Serve Subpoenas Duces Tecum was hand-delivered to Sandra R. Beckner, Assistant United States Attorney, U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Kristie M. Passalacqua



#806234-P-v1