EXHIBIT 2

# AFFIDAVIT

I, Scott Partridge, state the following facts:

I am a Sergeant with the Providence Police Department. I have been a police officer for 11 years.

I did not attend the Superbowl in Houston, Texas held on February 1, 2004. I watched the 2004 Superbowl on television in Rhode Island. On January 30, 2004, I was the case agent in the trial of United States v. Charles Isler, Charles Brown, and Bilal Rashid Abdul, 03-cr-071. I was in federal court as the case agent on that case on Friday, January 30, 2004 and on Monday, February 2, 2004.

Scott A. Part[illegible]

Scott Partridge
Sergeant, Providence Police Department

Subscribed to and sworn before me on May 25th, 2007.

Paulette E. Gamache

Notary Public

My commission expires: April 20, 2010