EXHIBIT 3

# AFFIDAVIT

I, Peter Conley, state the following facts:

I am a Detective with the Providence Police Department. I have been a police officer for 18 years.

I obtained a copy of the Providence Police Department Offense Report in Case No. 1-04-006051 reporting the results of the search warrant of 214 Pavilion Avenue, 3rd Floor, Providence, Rhode Island. The copy of the report that I obtained was on file with the Department of Attorney General for the State of Rhode Island and is attached to this affidavit. This report was printed on January 16, 2004 at 22:43:50. Property Information # 14 lists a Pocket Tech Scale.

Det Perry [signature]

Peter Conley
Detective, Providence Police Department

Subscribed to and sworn before me on May 25th, 2007.

Paulette E. Gamache [signature]

Notary Public

My commission expires: April 20, 2010

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

May 23, 2007

Detective Peter Conley
Providence Police Department
325 Washington Street
Providence, RI 02903

Dear Peter:

Attached please find seven (7) pages consisting of one (1) page of the Arrest Report and six (6) pages of the Offense Report showing the date of January 16, 2004 in the case of State of Rhode Island v. Derek Isom (P2/04-4031A) and State of Rhode Island v. Khalid Mason (P2/04-4031B) your CCR # 04-006051. This package was copied from the Attorney General's Office Forfeiture Unit file number F-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.

If you have any questions or require any additional information, please feel free to contact me at 401-274-4400 extension 2283.

Very truly yours,

Erin L. Foley

Erin L. Foley
Narcotics and Organized Crime Unit

Notary: Steven Thomas Falvo
Commission Expires: 8/4/2009

Case No. . . . : 1-04-006051-001
Prompt valid in: ISOM, DEREK W    Birth Date . . : 9/14/1975 28
Birth Country : United States of America
Race . . . . . : Black    Sex . . . . . : Male
Ethnic Origin : Unknown
Street Number : 85 DUNNELL AVE 2ND
City . . . . . : PAWTUCKET, RI 02903
Residency . . : Resident of Providence    Weight . . . . : 175
Hair Color . . : Black    Eye Color . . : Brown

********************** A R R E S T   I N F O R M A T I O N **********************
Arrest Date . : 1/16/04 19:34    Day of Week . : Friday
Arrest Post . : 22    District . . . : 2
Arrest Type . : Original/On-View Arrest
Weapon Seized : A - Unarmed    Arresting Offic: PARTRIDGE, SCOTT

********** C H A R G E   I N F O R M A T I O N # 1 ********************
NIBRS Class. . : Drug/Narcotic Violations
Summary Class : SALE OPIUM, COCAINE, HEROIN, ETC.
Statute/Ord . : 21-28-04.1 A 2 B    Dom. Viol. ? . : No
Counts . . . . : 1    Ref Case Type : OFFN-Offense
Reference Case#: 1-04-006051    Ref Offense# . : 001

********** C H A R G E   I N F O R M A T I O N # 2 ********************
NIBRS Class. . : Drug/Narcotic Violations
Summary Class : SALE OPIUM, COCAINE, HEROIN, ETC.
Statute/Ord . : 21-28-04.1 A 2 A    Dom. Viol. ? . : No
Counts . . . . : 1    Ref Case Type : OFFN-Offense
Reference Case#: 1-04-006051    Ref Offense# . : 001

********** C H A R G E   I N F O R M A T I O N # 3 ********************
NIBRS Class. . : Drug/Narcotic Violations
Summary Class : SALE OPIUM, COCAINE, HEROIN, ETC.
Statute/Ord . : 21-28-04.1 (NEAR SCHOOLS)
Dom. Viol. ? . : No    Counts . . . . : 1
Ref Case Type : OFFN-Offense    Reference Case#: 1-04-006051
Ref Offense# . : 001

********** C H A R G E   I N F O R M A T I O N # 4 ********************
NIBRS Class. . : Drug/Narcotic Violations
Summary Class : ALL OTHER OFFENSES (EXCEPT TRAFFIC)
Statute/Ord . : 31-27-04.1    Dom. Viol. ? . : No
Counts . . . . : 1    Ref Case Type : OFFN-Offense
Reference Case#: 1-04-006051    Ref Offense# . : 001

* * * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *

Case No. . . . : 1-04-006051
Occur From Date: 1/16/04 17:00
Occur To Date : 1/16/04 17:00
Day Of Week . : Friday
Report Date . : 1/16/04 19:34
Call Class . . : Narcotics Violations
Case Status . : Cleared by Arrest
Location Type : Highway/Road/Alley
Street Number : 214 PAVILLION AVE 3RD
City . . . . . : PROVIDENCE, RI
Post of Occur. : 22
District . . . : 2
Report Officer : PARTRIDGE, SCOTT
Supervisory Ofc: CORREIA, MICHAEL

********************* O F F E N S E R E P O R T # 1 *******************
Classification : Drug/Narcotic Violations
Summary Class : Other Criminal Offenses
Attmpt/Commit : Completed
Location Type : Residence/Home
Crim Activity : None/Unknown
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 1/16/04
Arrest Case No.: 1-04-006051

********* P R O P E R T Y I N F O R M A T I O N # 1 *********************
Description . : BROOKS PLASTIC BAG (MONEY)
UCR Prop Type : Other
Property type : Miscellaneous
Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 2 *********************
Description . : U.S.CURRENCY
UCR Prop Type : Money
Property type : Currency/Negotiable
Category . . . : Seized
Value . . . . : 2,360.00

********* P R O P E R T Y I N F O R M A T I O N # 3 *********************
Description . : PERSONAL PAPERWORK (KHALID MAS
UCR Prop Type : Other
Property type : Miscellaneous
Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 4 *********************
Description . : DOOR LOCKS (2)
UCR Prop Type : Other
Property type : Miscellaneous
Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 5 *********************
Description . : PLASTIC GLAD BAGS
UCR Prop Type : Household Goods
Property type : Miscellaneous
Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 6 *********************
Description . : PAN
UCR Prop Type : Other
Property type : Household Appliance/Goods
Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 7 *********************
Description . : KHALID LICENSE PLATE
UCR Prop Type : Other
Property type : Miscellaneous
Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 8 *********************

(Continued)

Case No. . . . : 1-04-006051
Description . : LETTER WITH LEDGER UCR Prop Type : Other
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 9 ********************
Description . : PICTURES UCR Prop Type : Other
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 10 ********************
Description . : TWO BOOKS UCR Prop Type : Other
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 11 ********************
Description . : CUT PLASTIC BAGS UCR Prop Type : Other
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 12 ********************
Description . : CLOTHES UCR Prop Type : Clothes / Furs
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 13 ********************
Description . : TWO CELL PHONES UCR Prop Type : Cellphone
Property type : Cellphone Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 14 ********************
Description . : POCKET TECH SCALE UCR Prop Type : Other
Property type : Miscellaneous Category . . . : Seized
Value . . . . : 1.00

********* P R O P E R T Y I N F O R M A T I O N # 15 ********************
Description . : U.S. CURRENCY UCR Prop Type : Money
Property type : Currency/Negotiable Category . . . : Seized
Value . . . . : 1,672.00

********* P R O P E R T Y I N F O R M A T I O N # 16 ********************
Description . : COCAINE BAG 1 UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***

Drug Activity : Distributing/Selling Drug Type . . . : Crack Cocaine
Drug Quantity : 55.200 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 17 ********************
Description . : COCAINE BAG 2 UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***

Case No. . . . : 1-04-006051 (Continued)
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 108.600 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 18 *********************
Description . : COCAINE BAG 3 UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 69.100 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 19 *********************
Description . : COCAINE BAG 4 UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 21.700 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 20 *********************
Description . : COCAINE BAG 5 UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 14.600 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 21 *********************
Description . : COCAINE BAG 6 UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 14.600 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 22 *********************
Description . : COCAINE BAG 7 UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 14.800 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 23 *********************
Description . : COCAINE BAG 8 UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***
Drug Activity : Distributing/Selling Drug Type . . : Crack Cocaine
Drug Quantity : 14.400 Drug Units . . : Gram

********* P R O P E R T Y I N F O R M A T I O N # 24 *********************

(Continued)

Case No. . . . : 1-04-006051

A short time later, Police observed Derrick Isom arrive in front of 214 Pavilion Ave. in a maroon Pontiac bearing RI reg. VJ-442 (registered to Malika Chinnerg of 87 Dunnell Ave. apt 2 Pawtucket, RI), Isom then entered the front door with the use of keys. A short time later, Isom exited the same door and entered the same vehicle.

Police then began to follow the vehicle inbound on Prairie Ave., then left onto Potters Ave., right onto Broad St. At this time, units attempted to halt the vehicle at the intersection of Braod St. and Parkis Ave. with the use of lights and siren. Isom then fled at a high rate of speed right onto Friendship St. proceeding towards 195 east without stopping for three stop signs (Pearl St, Portland St, Stuart St). Isom then entered 195 east weaving from lane to lane without the use of directional signal. Police then lost sight of Isom at exit 3 in Massachusetts.

Simutaneously, while attempting to stop the vehicle, members of the Providence and Pawtucket Narcotics unit executed signed search warrants at 214 Pavilion Ave. 3rd floor Providence, RI and 85 Dunnell Ave. 2nd floor Pawtucket, RI.

Upon arrival at 214 Pavilion Ave, Police knocked and announced their presence. After no response, Police attempted to open the door. The exterior door was locked and Police used force to gain entry into the front hallway. Police then responded to the third floor and once again announced their presence. After no response, Police again attempted to open the door. This door was also locked and Police used forced to gain entry. Upon securing the apartment, Police conducted a room to room search.

In the kitchen area, Det. Ludivici seized a brown paper bag from under the counter. Inside this paper bag, was a large clear plastic bag containing suspected crack cocaine(65.5 g), and an additional clear plastic bag containing five smaller plastic bags of suspected cocaine(bagged as 14.0g, 6.9g, 6.9g, 7.2g, 6.8g). This evidence was turned over to Det. Partridge.

Det. Partridge then seized four boxes of sandwich bags, numerous cut-off baggies, a pan from the kitchen table, a RI license plate "Khalid", and men's clothing.

Det. Lawton seized from the bedroom $2,360.00 in US currency from a Brooks bag in the closet, which was turned over to Det. Partridge.

In the same bedroom, Det. Colanduono seized paperwork and pictures in the name of Khalid Mason and a comp notebook containing a drug ledger, turned over to Det. Partridge.

Det. Enright seized a large clear plastic bag from the same bedroom floor. Inside this bag was another clear plastic bag containing nine smaller bags of suspected cocaine(57.2g). This evidence was turned over to Det. Partridge.

(Continued)

Case No. . . . : 1-04-006051

Det. Conley seized from the attic stairway a Brooks plastic bag. Inside this bag was two large clear plastic bags of suspected cocaine (102.8g, and 49.7g). Det. Conley also seized the front door locks to both the apartment door and the exterior door. This evidence was also turned over to Det. Partridge.

At 85 Dunnell Ave, Pawtucket Police executed a signed search warrant where they were met by Malika Chinnery 05/17/73, the girlfriend and mother of Isom's children. Upon a search of the apartment, Police seized $9,551.00 in US currency from a jacket in a bedroom closet. This evidence was transported to Pawtucket Police for processing (see report number 04-403-OF).

Police then began to follow Eric Isom 06/23/77, (brother of Derrick) traveling in RI reg. AZ-753 throughout the south side of Providence. Eric Isom then entered 195 east and took exit 2, turned around and traveled 195 west. Eric Isom then took exit 1 in Massachusetts and entered the parking lot of the Ramada INN. At this time, the front passenger later identified as Cedrick Ford entered the Ramada INN. A short time later, Ford exited the Ramada with Derrick Isom and entered the vehicle. Police then halted the vehicle at the parking lot exit. All subjects were arrested at gun point. Seekonk Police were notified and responded to the scene. After further investigation, Derrick Isom was transported to Seekonk PD to be charged as a Fugitive from Justice. Eric Isom and Cedrick Ford were voluntarily transported to Providence PD and released after questioning. Det. Hampton seized $1,672.00 in US currency from Derrick Isom, along with a Nextel phone, keys to VJ-442, and a wallet with personal paperwork. This evidence was turned over to Det. Partridge at Providence PD. Upon halting AZ-753, a minor collision with an unmarked Providence Police vehicle (see Seekonk accident report).

An arrest warrant was drafted for Derrick Isom 09/14/75 by Det. Partridge and signed by bail commissioner Richard Finnegan, Charging Isom with Possessing with Intent to Deliver Cocaine, Possession of One oz. to One Kilo of C Cocaine, Possession with Intent to Deliver Cocaine on or near School grounds (Mandela Woods School), and Reckless and Eluding Police. A copy of the package was forwarded to Craig Mace of the Seekonk PD.

RI reg. AZ-753 was towed for safekeeping, and RI reg. VJ-442 is held for forfeiture, along with the $2,360.00 seized from 214 Pavilion, and the $1,672.00 seized from Derrick Isom.

An arrest warrant will be drafted for Khalid Mason 01/16/76 for narcotics violations.

It should be noted the combined weight of suspected cocaine was 316 grams. All bagging material which contained the suspected cocaine was forwarded to BCI for prints.

Case No. . . . : 1-04-006051 (Continued)

* * * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *