EXHIBIT 4

---------------------------------------------
AM.RIRSP0020.RIRSP0003.*MRI0623156.

RILETS HOTFILES RESULTS - ON YOUR INQUIRY OF:
NAM/MASON,KHALID.DOB/19760116

MKE/STATE WANTED PERSON SCN/128330
ORI/RI0040913 NAM/MASON,KHALID DOB/19760116
SEX/M RAC/U
OFF/3532 DOW/20040116 OCA/04006051
ORI IS: PROVIDENCE POLICE-PROSECUTION BUREAU
DTE/20040120

MKE/ COURT WARRANT RECORD SCN/168508

ORI/RIJSS0000 NAM/MASON,KHALID DOB/19760116
SEX/M
REASON-A G REQUEST
ISSUE DATE-12172004
CHARGE-MAN/SEL/POSS W/INT 1OZ-1K COCA
COMPLAINT NO-P2-2004-4031B
COURT CONTROL NO-SC029534
BCI NO-09806659
BAIL/
TYPE/SUPERIOR COURT FULL BENCH WARRANT
ADDRESS/214 PAVILION AVE
CITY/PROVIDENCE STATE/RI
JUDGE: MCGUIRL CLERK: DBOISCLAIR
ARRESTING POLICE DEPARTMENT: PROVIDENCE PD
DATE LOADED: 20041217

MRI 623167 IN: RISF 12496 AT 16OCT2006 13:04:33 OUT: RILT03 311 AT 16OCT2006
13:04:34

---------------------------------------------

001W 5-80

STATE OF
RHODE ISLAND
AND
PROVIDENCE
PLANTATIONS

AFFIDAVIT AND ARREST WARRANT

## AFFIDAVIT

| AFFIANT | AGENT OF |
|---|---|
| DETECTIVE SCOTT PARTRIDGE | PROVIDENCE POLICE DEPARTMENT |
| DEFENDANT | ADDRESS NO. STREET CITY/TOWN STATE |
| KHALID MASON d.o.b 1/16/76 | 214 PAVILLION AVE 3rd Floor, PROVIDENCE RHODE ISLAND |

## AFFIDAVIT

**Your affiant upon oath states that he has reason to believe and does believe that grounds for issuance of an arrest warrant exists and states the following facts on which such belief is founded:**

**On 1/16/04 your affiant along with other members of the Narcotics, Firearms, and Organized Crime Bureau responded to 214 Pavilion Ave, 3rd Floor to execute a signed search warrant for this location. Upon entering 214 Pavilion Ave 3rd Floor, your affiant was unable to locate the target of the search warrant a Khalid Mason d.o.b. 1/16/76. A room to room search was conducted of the apartment and Detectives from the Narcotics, Firearms, and Organized Crime Bureau seized numerous articles in the name of Khalid Mason d.o.b 1/16/76 of 214 Pavilion Ave 3rd Fl. along with a total net weight of 316 grams of crack cocaine from the apartment. Your affiant then conducted a field test on the suspected crack cocaine for a positive result for cocaine.**

**At this time your affiant respectfully request an arrest warrant for Khalid Mason d.o.b 1/16/76 for Possession of Over One Ounce to One Kilo of Cocaine, Possession with Intent to Deliver Cocaine and Distribute or Manufacture a Controlled Substance (Cocaine) In or Near a School Grounds.**

IF SPACE IS NOT SUFFICIENT CHECK (X) HERE AND ATTACH ADDITIONAL INFORMATION

AFFIANT

X Det. Scott A Partridge

| SUBSCRIBED AND SWORN TO BEFORE ME AT (CITY/TOWN) | DATE | JUDGE OR DISTRICT COURT, JUSTICE OF SUPERIOR COURT, OR ANY OTHER AUTHORIZED OFFICER |
|---|---|---|
| PROVIDENCE | 1/17/04 | [signature] FRIER |

## ARREST WARRANT

| STATE, EX REL | CITY/TOWN | COUNTY | DATE OF BIRTH | DIVISION | | WARRANT DATE |
|---|---|---|---|---|---|---|
| | PROVIDENCE | PROVIDENCE | | 6TH | RHODE ISLAND DISTRICTCOURT | |

| VS. DEFENDANT | ADDRESS NO. STREET CITY/TOWN STATE |
|---|---|
| | |

**TO ANY AUTHORIZED OFFICER,** Affidavit (and complaint) having been made to me under oath, and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing an arrest warrant exists, you are hereby commanded to arrest the defendant forthwith and to bring him before a judge of this court without unnecessary delay.

WHITE COPY – COURT YELLOW COPY – POLICE

001W 5-80

| BAIL | SURETY | DATE SIGNED | JUDGE OR DISTRICT COURT, JUSTICE SUPERIOR COURT OR ANY AUTHORIZED OFFICER |
|---|---|---|---|
| $ | ☐ WITH ☐ WITHOUT | 1/17/04 | X [signature] |

**RETURN OF SERVICE**

**I have apprehended the within named defendant and have presented him/her before the court as herein commanded.**

| SERVICE | MILEAGE | DATE OF RETURN | AUTHORIZED OFFICER |
|---|---|---|---|
| $ | $ | | X |

WHITE COPY – COURT YELLOW COPY – POLICE

6th District Ct 04-6051

**STATE OF RHODE ISLAND**
**DISTRICT COURT**
**CRIMINAL COMPLAINT**

| STATE EX REL | VS. DEFENDANT (NAME AND ALIAS) |
|---|---|
| | KHALID MASON ALIAS JOHN DOE |

DEFENDANT ADDRESS AND PHONE
214 PAVILLION AVE, PROVIDENCE RHODE ISLAND
STREET CITY STATE PHONE

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. | DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|---|---|---|---|
| 1/16/76 | | | | | |

| OFFENSE DATE | ☐ DIVERS DATE | OFFICER/COMPLAINANT | PRE-ARRAIGN CONF DATE | TRIAL DATE |
|---|---|---|---|---|
| 1/16/04 | | DETECTIVE PARTRIDGE | | |

| POLICE DEPT./COMPLAINANT ADDRESS | SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |
|---|---|---|
| 325 WASHINGTON ST, PROVIDENCE RHODE ISLAND | | |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES.

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X [signature] | 1/17-04 | X [signature] FRIEL | 1/17/04 |

**INITIAL APPEARANCE**

| APPEARANCE DATE | BAIL FOR ALL COUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

**ARRAIGNMENT**

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| | ☐ YES ☐ NO | ☐ YES ☐ NO | | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | ☐ PRIVATE ☐ COURT APPT. ☐ P.D. | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| $ | | | X |

**COUNT 1** STATUTE(S) VIOLATED 21-28-4.01 (A) (2) (B) ☒ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

KHALID MASON ALIAS JOHN DOE DID POSSESS ONE OUNCE TO ONE KILOGRAM OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE, IN VIOLATION OF 21-28-4.01 (A)(2)(B) ON TO WIT 1/16/04

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

SENTENCE IMPOSED

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 2** STATUTE(S) VIOLATED 21-28-4.01 (A) (2) (A) ☒ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

KHALID MASON ALIAS JOHN DOE DID UNLAWFULLY POSSESS WITH THE INTENT TO DELIVER A CONTROLLED SUBSTANCE TO WIT COCAINE AS SET FORTH IN SCHEDULE 2 OF 21-28-4.01 (A)(2)(A) ON TO WIT 1/16/04

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

SENTENCE IMPOSED

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

**COUNT 3** STATUTE(S) VIOLATED 21-28-4.01 (A) ☒ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

KHALID MASON ALIAS JOHN DOE DID DISTRIBUTE OR MANUFACTURE A CONTROLLED SUBSTANCE TO WIT COCAINE LISTED IN SCHEDULE TWO, IN THE BUILDING, ON THE GROUNDS OR WITHIN 300yrds OF THE GROUNDS OF A PUBLIC, PRIVATE ELEMENTARY, VOCATIONAL, SECONDARY SCHOOL TO WIT MANDELA WOODS SCHOOL, ON TO WIT 1/16/04

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER ______

SENTENCE IMPOSED

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

VICTIM(S) NOTIFIED: ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL
VICTIM(S) APPEARED: ☐ ARRAIGNMENT ☐ PRE TRIAL ☐ TRIAL
CASE TYPE: ☐ DOMESTIC VIOLENCE
IMMEDIATE APPEAL TAKEN: DATE JUDGE X
ADDITIONAL COUNTS ATTACHED ☐

COURT COPY

D001 3/99