EXHIBIT 5

**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION



| | | |
|---|---|---|
| 1. FID/CASE: 905883 / 0770-1006-0017-Z | 2. DATE OF REPORT: 02/23/2007 | 3. REPORTED BY: WATTIK,MICHAEL AT: RI |
| 4. SUBJECT NAME: MASON,KHALID | | |

5. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[x] OTHER: SUPPLEMENT (USM11 106305)
[ ] ARREST
[ ] INTELLIGENCE UPDATE
[ ] MEMORANDUM TO FILE

SYNOPSIS:
February 23, 2007, Friday:
DUSM Wattik made a supplemental report to arrest report 0770-1006-0017-Z. This supplemental report is created to document statements made by fugitive Khalid MASON while MASON was being transported by DUSM Wattik from MASON's arrest location (Connecticut) to the Providence Police Department.

INTRODUCTION:
October 6, 2006, Friday:
During MASON's transportation to the Providence Police Department, MASON began speaking to DUSM Wattik about the historical events leading up to MASON's arrest warrant and eventual flight from justice. MASON stated that prior to this arrest warrant, MASON and Derek Isom (Co-defendant) were arrested on another matter. MASON retained attorney John Cicilline for both MASON and Isom. Prior to trial, MASON met with attorney Cicilline several times to discuss MASON's case. MASON stated that Cicilline said that if MASON were to pay more money to Cicilline, he could make the charges "go away." MASON was told by Cicilline that he had someone on "the inside" but that it would cost a_lot of money. MASON agreed and began to pay Cicilline more money at different times. MASON added that MASON even purchased AFC playoff tickets (NFL) for the New England Patriots at Gillette Stadium as part of payment. MASON said that MASON continued to pay Cicilline but did not see any actions be done on MASON's charges. MASON felt that MASON was being led on and went to see Lisa Torres, a person that worked for Cicilline and a person that MASON once paid money regarding this matter. MASON stated to Torres that MASON wanted his money back. Lisa said that she could not give any money back but MASON should speak with Cicilline about a refund. MASON stated he then spoke with Cicilline and said that MASON would notify the police that Cicilline was conducting business in this manner. MASON said that MASON did not know what could be done, only that this type of business did not seem legitimate. Cicilline then complied and refunded MASON.

DUSM Wattik asked MASON what this had to do with his charges and his flight from justice and MASON continued. MASON said that he was set up by Cicilline because Cicilline did not want MASON to notify the police about Cicilline's practice. MASON said that MASON knows that the drugs found and the reason for this current arrest warrant were put there by Cicilline's inside guy. MASON stated that the address where the drugs were found was not MASON's address but rather MASON's Grandfathers'. MASON said that there was a common understanding between MASON and Isom that drugs or money would never be brought to this (the Grandfather's) address. This would keep the address "clean" and that MASON and Isom could use it as a "safe house". MASON added that had the police made a proper investigation of MASON or Isom and went to either house they would have probably found some drugs. MASON said that the police could have probably looked in MASON's car and got something. DUSM Wattik asked MASON, "So you don't deny you were a drug dealer, you're just saying that these drugs were not yours?" MASON stated that MASON did deal drugs in the past but it was wrong that the police can just put dope on someone. MASON knew that there was no chance of winning this case if someone like Cicilline was out to get him.

| | | |
|---|---|---|
| 6. SIGNATURE (*Name and Title*)<br><br>MICHAEL WATTIK<br>Criminal Investigator | 7. DATE<br>02/23/2007 2:00 PM EST | 10. DISTRIBUTION<br>__DISTRICT<br>__HEADQUARTERS<br>__OTHER______________ |
| 8. APPROVED (*Name and Title*)<br><br>CHARLES J WYANT<br>Warrant Supervisor | 9. DATE<br>02/28/2007 1:35 PM EST | |

***UNITED STATES MARSHALS SERVICE***
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENGY TO WHICH LOANED.*