UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**<u>DEFENDANT KHALID MASON'S MOTION FOR WRIT OF HABEAS CORPUS</u>**

The Defendant, Khalid Mason, hereby moves that this Honorable Court issue a writ of habeas corpus ad testificandum directing the Wardens at the following Detention Facility, Adult Correctional Institution, and New York Federal Prison, to produce the following individuals for the scheduled evidentiary hearing on July 2nd and July 11th, 2007:

1. Derrick Isom – Donald D. Wyatt Detention Facility, Central Falls, Rhode Island;
2. Roger Murray – unknown Federal Prison in New York;
3. Charlie Brown – ACI, Cranston, Rhode Island; and
4. Hector Velasquez - ACI, Medium 2, C63, Cranston, Rhode Island.

The Defendant states that the testimony of the above witnesses at the evidentiary hearing scheduled for July 2nd and July 11th is necessary for an adequate defense.

With respect to the evidentiary hearing in this case, the Defendant requests that this Court order that Mr. Murray, Mr. Brown, and Mr. Velasquez be transported by the United States Marshals Service to Courtroom No. 2 of the United States District Court for the District of Rhode Island on July 2, 2007 for a hearing beginning at 9:30 a.m. The Defendant further requests that this Court order that Mr. Isom be transported by the United States Marshals Service

to Courtroom No. 2 of the United States District Court for the District of Rhode Island on July 11, 2007 for a hearing beginning at 3:00 p.m.

This afternoon, counsel for Mr. Mason learned that it will take two weeks for the United States Marshals Service to coordinate the transportation of a Federal prisoner from out-of-state. Therefore, if it is impossible for Mr. Roger Murray to be transported to Rhode Island to testify on July 2, 2007, counsel for Mason requests that Mr. Murray be allowed to testify on July 11, 2007 with Mr. Isom. This continuance would allow the United States Marshals Service adequate time to arrange for the transportation of Mr. Murray to Rhode Island.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: June 26, 2007

**CERTIFICATION**

I hereby certify that on June 26, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua