# United States District Court

DISTRICT OF

UNITED STATES V. KHALID MASON

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR 06-106-02S

TO: *John J. Bevilacqua, Esq., Individually*
*c/o Law Office of John J. Bevilacqua*
*380 Broadway*
*Providence, RI 02909*

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court, Federal Building and Courthouse<br>One Exchange Terrace<br>Providence, RI 02903 | #2 – Judge William E. Smith |
| | DATE AND TIME<br>July 2, 2007, at 9:30 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>[signature] | 6/22/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Kristie M. Passalacqua, Bar No. 6945, Hinckley, Allen & Snyder LLP, 1500 Fleet Center, Providence, RI 02903, (401) 274-2000, (401) 277-9600

Michael J. Connolly (MA BBO # 638811), Pro Hac Vice Counsel, Hinckley, Allen & Snyder LLP, 28 State Street, Boston, MA 02109, (617) 345-9000, (617) 345-9020

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 6-25-07 | 50 Kennedy Pl. Prov. R.I. |
| SERVED | 6-26-07 | 380 Broadway, Prov. R.I. |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| John J. Bevilacqua | ☑ YES ☐ NO AMOUNT $ 43.00 |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Robert J. Kilduff | Disinterested Party |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6/26/07 (Date)

[signature] Signature of Server

87 Grand View Rd
E. Greenwich, RI 02818
Address of Server

ADDITIONAL INFORMATION

[signature]