UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**DEFENDANT KHALID MASON'S MOTION**
**TO SERVE SUBPOENA DUCES TECUM**

The Defendant, Khalid Mason, hereby requests that this Court grant him permission to serve a subpoena duces tecum on the following agency for the production of documents by 1:00 p.m. on Tuesday, July 10, 2007:

1. Keeper of the Records at the Providence Police Department for documents related to Sergeant David Lucier.

In support of his Motion, the Defendant states as follows:

On Monday, July 2, 2007 and Tuesday, July 3, 2007, this Court heard testimony regarding the Defendant's Motion to Suppress. This evidentiary hearing is scheduled to continue on Wednesday, July 11, 2007. On Wednesday, July 4, 2007, counsel for the Defendant received an anonymous voicemail message. The caller stated that Sergeant David Lucier, of the Providence Police Department, was Detective Scott Partridge's boss and was also Cicilline's "bag man" on these "drug rips." The unidentified caller further stated that Chief Esserman just approved Lucier's retirement "to get rid of him." The caller then urged counsel to "look into this."

Therefore, the Defendant respectfully requests that the Court grant him permission to issue a subpoena duces tecum to the Keeper of the Records at the Providence Police Department

commanding production of all documents reflecting complaints regarding Sgt. David Lucier and any disciplinary action taken against him.

In light of the seriousness of the allegations that have been raised in the course of this evidentiary hearing and supported by testimonial evidence thus far, the Defendant respectfully submits that the Motion should be granted.

WHEREFORE, Defendant Khalid Mason respectfully requests that this Court grant him permission to issue a subpoenas duces tecum to the Keeper of the Records at the Providence Police Department with a return date of Tuesday, July 10, 2007.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: July 6, 2007

**CERTIFICATION**

I hereby certify that on July 6, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua