UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR 06-106-02S
:
KHALID MASON :

**SUPPLEMENT TO THE MOTION OF DEFENDANT KHALID MASON TO SERVE SUBPOENA DUCES TECUM**

The Defendant, Khalid Mason, hereby files this Supplement, including the attached exhibits, in further support of his Motion to Serve a Subpoena Duces Tecum. On Friday, July 6, 2007, the Defendant filed a Motion for permission to issue a subpoena duces tecum to the Keeper of the Records for the Providence Police Department. The requested subpoena duces tecum would command production of any complaints or disciplinary files related to retired Sgt. David Lussier of the Providence Police Department. This motion referenced an anonymous message received on Attorney Michael Connolly's voicemail. A transcript of the voicemail message is attached at Exhibit A.

This morning, counsel for the Defendant received a letter, again from an anonymous source. The letter is attached at Exhibit B. This letter states that Sgt. Lussier was awarded injured-on-duty status, back pay, vacation and sick time, and allowed to remain out of work on injured-on-duty status until his retirement date by Providence Police Chief Esserman because Sgt. Lussier had threatened to disclose evidence he had regarding John Cicilline, drug-dealing, and set-ups. The anonymous sender's familiarity with police department regulations and with the alleged circumstances surrounding Sgt. Lussier's injured-on-duty status and retirement appear to indicate that the sender is an employee of the Providence Police Department.

Therefore, the Defendant offers the transcript of the voicemail message and the letter in further support of his Motion to Serve a Subpoena Duces Tecum on the Providence Police Department commanding production of all documents reflecting complaints regarding Sgt. David Lussier and any disciplinary action taken against him during his tenure with the Department.

In light of the seriousness of the allegations that have been raised in the course of this evidentiary hearing and supported by testimonial evidence thus far, the Defendant respectfully submits that the Motion should be granted.

WHEREFORE, Defendant Khalid Mason respectfully requests that this Court grant him permission to issue a subpoenas duces tecum to the Keeper of the Records at the Providence Police Department.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: July 9, 2007

**CERTIFICATION**

I hereby certify that on July 9, 2007, a copy of the foregoing Supplement to the Motion and Exhibits were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua