# EXHIBIT A

Anonymous Call – left in Michael Connolly's VM on 7/5/07.

"Hello, this message is for lawyer/attorney Michael Connolly. You have the wrong Providence Police Detective in the Mason case. Subpoena Sgt. David Lussier. He was Detective Partridge's boss and he was Cicilline's bagman on these drug rips. Chief Esserman just approved Lussier's retirement scam to get rid of him. Check into this."