# EXHIBIT B

Mr Connolly,

After reading the Providence Journal article on July 4, 2007 (SUSPECT CLAIMS POLICE SETUP), several police department rumors began to make sense. There is a great chance that the police officer your looking for is Sgt. David Lussier. Lussier was in the drug unit at the time in question, he was Partridge's boss in the drug unit, and he was friendly with John Cicilline. Let me tell you a story and you decide:

Two years ago, the department was in the middle of a testing scandel. Sgt. Lussier was rumored to be one of the officers who cheated. During the investigation, Sgt. Lussier suddenly claimed he was suffering from job related stress and put in for IOD (injured on duty) pay. He was denied IOD pay by Major Oates. Rumors claimed that Lussier was stressed out about the Promotional Test investigation as well as possibly having been recorded on verious wiretaps making deals with drug dealers.

Subsequently, Lussier never returned to work. He used up all of his saved vacation time and sick time and then went a year and a half receiving no pay. We could not understand why he wasn't being forced back to work or forced to quit. Then suddenly, several months ago, Lussier again submitted paperwork requesting IOD pay for job related stress. Only this time, Chief Esserman handled the request himself, instead of going through the proper channels (Major Oates) and the IOD pay status was awarded to Lussier. In addition, Lussier was given back all of his used vacation and sick time as well as all back pay for the previous year and a half that he was out of work. As an added bonus, Lussier was allowed to remain out of work on IOD pay until he reached his retirement date and that the department would not oppose his attempt to claim a 2/3 rd's pension (tax free disability pension)

That is when the real rumors started. Why would Esserman get involved? Why would Esserman grant such a request? What did Lussier have on the department? Why did Esserman settle Lussier's IOD request without going to arbitration? Why did Esserman give Lussier everything an Arbitrator might have given and then some? (Read the article in Prov Journal May 24, 2007 "Board rejects accidental-disability pension request") At the end of the article, Lussier's lawyer makes it seem like Lussier won a labor grievance settlement, when in fact it never went to arbitration, but was settled by Esserman.

The department's stand was that Lussier had found a doctor willing to state that Lussier suffered job related stress from his years of being an undercover officer. BULLSHIT ! Such stress is relative to officers who go years undercover as part of the criminal element and it would never be in the CITY were the officer worked in public view. Lussier reported to work at the station everyday. All drug dealers knew him by sight and name. The extent of his undercover world was that he did not wear a uniform. Besides, the Department would not care about what Lussier's doctor claimed, the City doctor's are the only doctors who count.... and the City doctor's subsequently turned down Lussier request for a disability request. Plus in cases such as these, the department always weighs in on the matter (usually against such request).

Now to the biggest rumor of all. Several months ago, when Lussier was given such a sweet deal by Esserman, the rumor was that Lussier threatened to disclose evidence he had against the Mayor's brother (John) about drug dealing and setups, if the department did not grant his IOD request and subsequent retirement.

After reading this last story, it appears you and Mason fell for the ploy. Torres would never mention the actual police officer they were dealing with. And if Mason's claims are true, Cicilline's people would be smart enough to buffer themselves with some honest officers.

Again, if Mason's claims are true, this is a more likely scenerio :

Cicilline and Torres work a deal with Sgt. Lussier (Scott Partridge's boss) and somehow the drugs are planted (?) And then Lussier instructs his people (Partridge) to follow and arrest Mason. Now Torres brings the deal to Mason. If Mason agrees then Lussier is contacted and he merely mentions to his guy (Partridge) to back off Mason because Mason is working for him now and giving him some great information. Why would Partridge question his boss? However, Mason doesn't accept the deal and thus Lussier never approaches Partridge and thus Mason's case goes forward.

The best thing about that scenerio is that Partridge was an honest cop who had no clue and comes across as such on the witness stand when a no good convicted felon makes such a wild claim.

If Lussier ever did make a Super Bowl trip with his friend Cicilline, there must be a record somewhere (Plane tickets, Hotel Rooms, Phone calls back home, credit card receipts, etc.) Either way, you might want to get Lussier up on the witness stand and see if he claims the 5th and then check his phone records to see how many calls he makes to Esserman.