# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. CR06-106-02S***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Charlie Brown**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **2nd** day of **July, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible] on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: June 26, 2007.

David A. DiMarzio, Clerk

Hearing

***By*** *Doreen Baldinelli - Deputy Clerk*