AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Khalid Mason

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-106-02S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Michael J. Connelly |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 2, 3 and 11, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS, AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/2/07 | | | W-1 Lisa Torres |
| | | 7/2/07 | | | W-2 John M. Cicilline |
| | | | | | W-3 Paul Price, JR. |
| | A | 7/2/07 | ~~ID~~ | FULL | Cash Receipt dated 2/16/04 for $5000.00 |
| | G | 7/2/07 | ~~ID~~ | FULL | Paul Price's Complaint Form |
| | | | | | W-4 Rashaad Dailey |
| | | | | | W-5 Hector Velasquez |
| | M | 7/2/07 | ID | | Disciplinary File Valasquez vs. Cicilline |
| | | | | | W-6 Charles Brown |
| | W | 7/2/07 | ~~ID~~ | FULL | Complaint to Search and Seize Property/Person dated 6/3/2003 |
| | | | | | W-7 Khalid Mason |
| | H | 7/2/07 | ID | | Report of Investigation dated 10/19/2006 |
| | | | | | W-8 Scott Partridge |
| 1 | | 7/3/07 | ~~ID~~ | FULL | State of RI and Providence Plantations Complaint to Search |
| | | | | | and Seize Property/or Person |
| DAY 2 | | | | | |
| | | 7/3/07 | | | W-9 Peter Cooley |
| | | 7/3/07 | | | W-10 Michael Wattik |
| 6 | | 7/3/07 | | FULL | US Marshal Service Report |
| DAY 3 | | | | | |
| | | 7/11/07 | | | W-11 Derrick Isom |
| | FF | 7/11/07 | ~~ID~~ | FULL | Witness Statement of Scott Partridge |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Khalid Mason

CASE NUMBER: CR06-106-02S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | I | 7/11/07 | | Full | Disciplinary File Regarding Derrick Ison |
| | | 7/11/07 | | | W-12 Roger Murray |
| | | 7/11/07 | | | Rebuttal W-1 Scott Partridge |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |