UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**DEFENDANT KHALID MASON'S ASSENTED -TO MOTION TO ENLARGE THE TIME TO OFFER RECORDED CONVERSATIONS AS EVIDENCE**

The Defendant, Khalid Mason, hereby requests that this Court enlarge the time allowed for him to offer recorded conversations, or any portions thereof, as evidence at the trial of this matter. Pursuant to Paragraph No. 6 of this Court's Pre-Trial Scheduling Order dated June 29, 2007, the current deadline for furnishing the Court and counsel with a list of recorded conversations, and transcripts of such conversations, is Tuesday, July 17, 2007. The Defendant respectfully requests that the Court enlarge this deadline to August 6, 2007. If this new deadline is granted by the Court, the Government will have up to and including August 13, 2007 to object and/or dispute any of the recordings offered by the Defendant.

This afternoon, counsel for the Defendant conferred with AUSA Kenneth Madden and obtained the Government's assent to this Motion to Enlarge. The Government reserves its right to object to or otherwise dispute any of the recorded conversations that the Defendant ultimately decides to propose to offer as evidence.

In support of his Motion, the Defendant states as follows:

1. Empanelment in this case is scheduled for Tuesday, July 31, 2007;
2. The trial of this case is scheduled for Monday, August 20, 2007;

3. Counsel for the Defendant reviewed, over a period of three weeks, the discovery from the Boston United States Attorney's Office's case against John M. Cicilline. This discovery packet included, but was not limited to, approximately one hundred and fifty (150) cassette recordings and compact disc recordings;
4. Counsel for the Defendant needs additional time to review some of these cassette and compact disc recordings in order to determine which recordings to propose to offer as evidence at the trial;
5. In light of the testimony elicited over the course of the three-day suppression hearing in this matter, counsel for the Defendant submits that several of the recordings may contain exculpatory evidence as to Mr. Mason;
6. Counsel for the Defendant needs additional time to research this information in order to determine which recordings, or portions thereof, to offer as evidence at the trial; and
7. The Government will not be prejudiced by an enlargement of this deadline because the Government will still have an additional seven (7) days to file any objections or disputes, if necessary.

In light of the seriousness of the allegations that were recently raised during the evidentiary hearing and supported by testimonial evidence thus far, the Defendant respectfully submits that his Motion to Enlarge should be granted.

WHEREFORE, Defendant Khalid Mason respectfully requests that this Court enlarge the time allowed for the parties to offer recorded conversations, of any portions thereof, as evidence at the trial of this matter, up to and including August 6, 2007.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: July 16, 2007

## CERTIFICATION

I hereby certify that on July 16, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua