IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Cr. No. 06-106-02S
)
KHALID MASON )

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ALL STATEMENTS MADE BY THE GOVERNMENT'S CONFIDENTIAL INFORMANT

The government is aware of its obligations under the Federal Rules of Evidence and does not intend to introduce the statements of the informant through the testimony of another witness. In accordance with United States v. Maher, 454 F.3d 13, 23 (1st Cir. 2006), the only testimony the government intends to elicit regarding the confidential informant is that the detectives "'acted upon information received, or words to that effect.'" If during trial, a situation were to arise where the government believes that another witness could testify to the statements of the informant, the government would approach the bench before inquiring of the witness about the informant's statements.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/S/SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on July 24, 2007, a copy of the within "Government's Response to Defendant's Motion in Limine to Exclude All Statements Made by the Government's Confidential Informant" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Kristie M. Passalacqua
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj