IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 06-106-02S |
| | ) | |
| | ) | Information pursuant to |
| v. | ) | 21 U.S.C. § 851 |
| | ) | |
| | ) | |
| | ) | |
| KHALID MASON | ) | |

INFORMATION CHARGING PRIOR CONVICTION

The Defendant, KHALID MASON, who was charged by the United States Grand Jury in the District of Rhode Island on October 4, 2006 with conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 846, and possession with intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), has been previously convicted of a felony drug offense. Specifically, the defendant was convicted in Providence County (Rhode Island) Superior Court (case number P2-1998-3726A) of manufacture and delivery of a controlled substance, a felony drug offense under state law.

The United States of America gives notice under 21 U.S.C. § 851 that Defendant KHALID MASON, has a previous conviction for a felony drug offense and therefore is subject to a fine of not more than eight million dollars, a term of imprisonment of not less than twenty years and not more than life, and a term of

supervised release of at least ten years and not more than life on Count One and Count Two of the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on July 30, 2007, a copy of the within "Information Charging Prior Conviction" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Kristie M. Passalacqua
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj