IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 06-106-02S |
| | ) | |
| | ) | |
| KHALID MASON | ) | |

GOVERNMENT'S OBJECTIONS TO DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The government objects to the defendant's proposed voir dire questions 6 and 7. Question 6 is adequately addressed by Question 1, and goes beyond what is necessary to explore any bias a potential juror may have in favor of law enforcement. Likewise, Question 7 may also be covered by question 1 by adding in the word "lawyer" after "police officer." Furthermore, with respect to Question 7, it has little or no bearing on this case.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on July 30, 2007, I caused the within "Government's Objections to Defendant's Proposed Voir Dire Questions" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Kristie M. Passalacqua
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov