RECEIVED

JUL 27 2007

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : CR 06-106-02S
:
KHALID MASON :

**DEFENSE COUNSEL'S MOTION FOR EXCUSAL**

Attorney Michael J. Connolly, counsel for the Defendant, Khalid Mason, respectfully requests that this Court excuse him from participation in the hearings presently scheduled in this matter for Thursday, August 2, 2007. Specifically, at 2:00 p.m. on August 2, 2007, hearings are scheduled on Defendant Mason's Motion to Compel production of documents and on Mason's Motion in Limine to exclude all statements made by the government's confidential informant. In addition, the Court has requested Mr. Connolly's presence at the status conference regarding Mr. Derrick Isom at 3:00 p.m. on August 2, 2007.

In support of his Motion for Excusal, Mr. Connolly respectfully submits that he will be on vacation with his family out-of-state on August 2, 2007. In the alternative, Mr. Connolly requests that he be allowed to participate in the hearings and the status conference via teleconference.

Respectfully submitted,
KHALID MASON

By his Attorneys,

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: July 27, 2007

**CERTIFICATION**

I hereby certify that on July 27, 2007, a copy of the foregoing Motion for Excusal was hand delivered to the court and served by mail to the following counsel of record:

Sandra Beckner
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Patrick Sullivan, Esq.
505 Tiogue Avenue, Suite B
Coventry, RI 02816