IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-106-02S |
| | ) | |
| KHALID MASON | ) | |

GOVERNMENT'S THIRD MOTION IN LIMINE

Based upon the defendant's motion to compel, the government anticipates that the defendant will seek to introduce into evidence tapes and transcripts from the case of United States v. Joseph Bevilacqua, et al., Criminal No. 07-10008-NMG ("the Cicilline case"). The filing deadline for the transcripts is August 6, 2007, but the Court requested that the parties file motions in limine as soon as possible. Pursuant to Fed. R. Evid. 402 and Fed. R. Evid. 802, the government moves the Court to refuse to admit into evidence at trial the tapes and transcripts from the Cicilline case because the tapes and transcripts are irrelevant hearsay.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000/ fax 5001
email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 1, 2007, I caused the within “Government’s Third Motion in Limine” to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Kristie M. Passalacqua
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov