IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-106-02S |
| | ) | |
| KHALID MASON | ) | |

GOVERNMENT'S MOTION TO COMPEL

Pursuant to Fed. R. Cr. P. 16(d)(2), the government moves the Court to compel the defense to provide the government with discovery as required by the Arraignment and Pretrial Discovery Order dated October 13, 2006, Fed. R. Cr. P. 12.1, Fed. R. Cr. P. 12.2, Fed. R. Cr. P. 16(b)(1), and Fed. R. Cr. P. 26.2.

The government provided initial discovery on October 23, 2006 and on that date requested reciprocal discovery. In its initial discovery packet, the government provided defense with a copy of all witness statements, reports, and recorded interviews. As additional witness statements were obtained, the government disclosed those statements to defense. On May 21, 2007, the government provided defense counsel with an opportunity to inspect all physical evidence in the government’s possession. Then, pursuant to a July 6, 2007 request, the government provided the defense with copies of the requested items.

The government repeated its discovery request in a letter dated June 1, 2007. Trial is now less than three weeks away and the government has yet to receive a response to its October 23, 2006 discovery request. Accordingly, the government requests that the Court order the defense to provide the government with

discovery as required by the Arraignment and Pretrial Discovery Order and the Federal Rules of Criminal Procedure.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000/ fax 5001
email sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On August 2, 2007, I caused the within "Government's Motion to Compel" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Kristie M. Passalacqua
Hinckley, Allen and Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov