UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**DEFENDANT KHALID MASON'S**
**SECOND MOTION TO ENLARGE THE TIME**
**TO OFFER RECORDED CONVERSATIONS AS EVIDENCE**

The Defendant, Khalid Mason, hereby requests that this Court enlarge the time allowed for him to offer recorded conversations, or any portions thereof, as evidence at the trial of this matter. The present deadline for the defendant to furnish the Court and counsel with a list of recorded conversations, including transcripts of such conversations, is Monday, August 6, 2007. The Defendant respectfully requests that the Court enlarge this deadline by ten (10) days to August 16, 2007. If this new deadline is granted by the Court, the defendant proposes that the Government will have up to and including the close of the Government's case-in-chief to object and/or dispute any of the recordings offered by the Defendant.

In support of his Motion, the Defendant states as follows:

1. When the Defendant filed his first Assented-To Motion to Enlarge (on July 16, 2007), the additional time requested would have allowed the Defendant three (3) weeks to review the transcripts and tapes. However, after assenting to the Motion to Enlarge, the Government objected to providing the transcripts. Therefore, the Defendant had to file a Motion to Compel.

2. Pursuant to the Court granting the Defendant's Motion to Compel Production, Counsel for the Defendant received copies of the requested transcripts on Tuesday afternoon, July 31, 2007, just six (6) days prior to the assented-to deadline.
3. The Defendant is in possession of cassette tapes from the Boston Cicilline case file that do not have accompanying transcripts. The process of transcribing these cassettes is lengthy and the Defendant needs additional time to complete this process.
4. Counsel for the Defendant needs additional time to review some of these cassette recordings, and the newly obtained transcripts, in order to determine which recordings, or portions thereof, to propose to offer as evidence at the trial.
5. In light of the testimony elicited over the course of the Franks hearing in this matter, counsel for the Defendant submits that several of the recordings may contain exculpatory evidence as to Mr. Mason.
6. The Government will not be prejudiced by an enlargement of this deadline because the Government will still have ample time to file any objections or disputes, if necessary.

In light of the seriousness of the allegations that were recently raised during the Franks hearing and supported by testimonial evidence thus far, the Defendant respectfully submits that his Motion to Enlarge should be granted.

WHEREFORE, Defendant Khalid Mason respectfully requests that this Court enlarge the time allowed for the Defendant to offer recorded conversations, of any portions thereof, as evidence at the trial of this matter, up to and including August 16, 2007.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: August 3, 2007

## CERTIFICATION

I hereby certify that on August 3, 2007, a copy of the foregoing Motion to Enlarge was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua