IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-106-02S
:
KHALID MASON :

**DEFENDANT'S OBJECTION TO**
**GOVERNMENT'S THIRD MOTION IN LIMINE**

The government is correct that the defendant may seek to introduce into evidence tapes and transcripts from the case of United States v. Joseph Bevilacqua, et al, Criminal No. 07-10008-NMG ("The Cicilline case"). It is the defendant's position that portions of these tapes and transcripts may contain exculpatory evidence as to Mr. Mason. At present, the filing deadline for the defendant to offer these tapes and transcripts is August 6, 2007, but the defendant has moved this Court for an extension of time to produce the tapes and transcripts he may seek to admit into evidence at trial. The defendant objects to any ruling on the government's third motion in limine until a time *after* the defendant has offered such tapes and transcripts. Pursuant to this Court's pre-trial scheduling order, the government will have a full and fair opportunity to object to the proposed tapes and transcripts *after* the defendant has identified them for the Court and the government. The defendant asserts that a ruling on the government's third motion in limine at this time would be premature.

Wherefore, the defendant objects to the government's third motion in limine and respectfully requests that the Court defer on ruling on the government's motion until *after* the defendant has identified specific tapes and transcripts and the reasons why the

Defendant believes the statements are relevant, and until after the government has filed its specific objections to such specific tapes and transcripts or portions thereof.

Respectfully submitted,

KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: August 3, 2007
#820439

## CERTIFICATION

I hereby certify that on August 3, 2007, a copy of the foregoing Objection was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua