IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-106-02S
:
KHALID MASON :

**DEFENDANT'S SUPPLEMENTAL OBJECTION TO THE GOVERNMENT'S SECOND MOTION IN LIMINE**

The Defendant, Khalid Mason, further objects to the Government's Second Motion in Limine on the grounds that the Motion was filed *after* the deadline provided in the Court's Pre-Trial Scheduling Order dated June 25, 2007 and filed June 29, 2007 (Document No. 102). Pursuant to Paragraph No. 2 of the Pre-Trial Scheduling Order, "Any pretrial motions not subject to the deadline for filing motions set forth in the Arraignment and Pretrial Discovery Order must be filed on or before July 17, 2007. Responses to any such motions must be filed on or before July 24, 2007." The Defendant filed a Motion in Limine on July 17, 2007. The Government was aware of the deadlines set forth in the Pre-Trial Scheduling Order as it filed its Response to the Defendant's Motion in Limine at 5:15 p.m. on July 24, 2007.

By reason of the above, the Defendant respectfully requests that this Court deny the Government's Second Motion in Limine.

Respectfully submitted,

KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945

Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: August 6, 2007

**CERTIFICATION**

I hereby certify that on August 6, 2007, a copy of the foregoing Supplemental Objection was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua