UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**DEFENDANT KHALID MASON'S MOTION FOR WRIT OF HABEAS CORPUS**

The Defendant, Khalid Mason, hereby moves that this Honorable Court issue a writ of habeas corpus ad testificandum directing the Warden at the Donald D. Wyatt Detention Facility, Central Falls, Rhode Island, to produce Khalid Mason for trial from August 20, 2007 through August 27, 2007.

The Defendant requests that this Court order that Mr. Mason be transported by the United States Marshals Service to Courtroom No. 2 of the United States District Court for the District of Rhode Island beginning on August 20, 2007 and continuing through the end of his trial, which is scheduled to begin at 9:30 a.m. each day.

Respectfully submitted,

KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua
Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: August 7, 2007

**CERTIFICATION**

I hereby certify that on August 7, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua