UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 06-106-02S |
| | : | |
| KHALID MASON | : | |

**DEFENDANT KHALID MASON'S MOTION FOR WRIT OF HABEAS CORPUS**

The Defendant, Khalid Mason, hereby moves that this Honorable Court issue a writ of habeas corpus ad testificandum directing the Wardens at the following Adult Correctional Institution and New York Federal Prison to produce the following individuals for testimony at trial on August 23, 2007:

1. Roger Murray – MDC, Brooklyn, New York; and
2. Charles Brown – ACI, Cranston, Rhode Island.

The Defendant states that the testimony of the above witnesses at the trial of this matter scheduled for the week of August 20, 2007 is necessary for an adequate defense.

With respect to the trial in this case, the Defendant requests that this Court order that Mr. Murray and Mr. Brown be transported by the United States Marshals Service to Courtroom No. 2 of the United States District Court for the District of Rhode Island on August 23, 2007 to testify in the trial of this matter beginning at 9:30 a.m.

Respectfully submitted,
KHALID MASON

By his Attorneys,

/s/ Kristie M. Passalacqua

Kristie M. Passalacqua, Bar No. 6945
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
kpassalacqua@haslaw.com

Michael J. Connolly (MA BBO # 638811)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000
(617) 345-9020 (fax)
mconnolly@haslaw.com

Dated: August 7, 2007

## CERTIFICATION

I hereby certify that on August 7, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this foiling thorough the Court's CM/ECF system.

/s/ Kristie M. Passalacqua