**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR No. 2006-106-02S** |
| | : | |
| **KHALID MASON** | : | **August 16, 2007** |

## MOTION TO QUASH

Now comes John M. Cicilline in the above-entitled cause and moves to quash the subpoena requiring his appearance before the District Court on August 20, 2007 and for reason says that he will:

1. Exercise his Fifth Amendment privilege.

Respectfully submitted,
John M. Cicilline,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on August 17, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*