UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR06-106-02S

KHALID MASON

**ORDER**

This matter came before the Court on August 20, 2007 on Government's Motion to Dismiss. After hearing it is hereby:

**ORDERED**

The Government's Motion to Dismiss the instant Indictment against Defendant Khalid Mason is GRANTED with prejudice.

BY ORDER:

Wendy Seile
DEPUTY CLERK

ENTER:

WSmm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 8/20/07