United States District Court · District of Rhode Island

# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

*Case No. CR06-106-02S*

RECEIVED
U.S. MARSHALS SERVICE
AUG 15 2007
District of Rhode Island

Return unexecuted, court appearance cancelled.

Deputy U.S. Marshal

*To:* *Warden,*
*USP Canaan*
*Waymart, Penn*

YOU ARE HEREBY COMMANDED, to have the **body** of **Roger Murray**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **20th** day of **August, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Attest to
True Copy
DAVID A. DIMARZIO
By Deputy Clerk

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: August 15, 2007.

Jury Trial - Testimony

*By* ______
*Magistrate Judge Lincoln D. Almond*

United States District Court District of Rhode Island

# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

*Case No. CR06-106-02S*

RECEIVED
U.S. MARSHALS SERVICE
AUG 15 2007
District of Rhode Island

*To: Warden,*
*MDC*
*Brooklyn, NY*

YOU ARE HEREBY COMMANDED, to have the **body** of **Roger Murray**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **20th** day of **August, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Return unexecuted, court appearance cancelled
Deputy U.S. M

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: August 15, 2007.

Jury Trial - Testimony

*By* WESmith
*William E. Smith, District Judge*

# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR06-106-02S***

***To:*** ***Warden***
***MDC***
***Brooklyn, NY***

YOU ARE HEREBY COMMANDED, to have the **body** of **Roger Murray**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **23rd** day of **August, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

Return unexecuted, court appearance cancelled

Deputy U.S. M.

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: August 14, 2007.

Jury Trial - Testimony

***By*** ______________________
***William E. Smith***
***United States District Judge***